DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7027
    Kristina.Green@usdoj.gov

Attorneys for United States of America

**FILED**

FEB 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-0027 WHA |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| BRAZIL HARRIS,<br>    a/k/a Brazil Charles Ramon Harris Jr., | |
| Defendant. | |

    On January 23, 2020, the defendant Brazil Harris was charged by indictment with being a felon in possession of a firearm and ammunition, in violation of Title 18 United States Code Section 922(g)(1), and possession with intent to distribute methamphetamine, in violation of Title 21 United States Code Sections 841(a)(1) and (b)(1)(C).

    This matter came before the Court on February 6, 2020, for a detention hearing. The defendant was present and represented by Mr. Daniel Blank. Assistant United States Attorney Kristina Green appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

[PROPOSED] DETENTION ORDER
20-CR-0027 WHA

1

v. 11/01/2018

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community, including because of: (1) the defendant's prior convictions relating to human trafficking in 2012 and 2014; (2) the defendant's recent arrest in 2017 for charges that included supervising or otherwise aiding prostitution, which is similar misconduct to his prior human trafficking convictions; and (3) the defendant's repeated violations of his conditions of release. This finding is made without prejudice to the defendant's right to seek review of the defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: February 6, 2020

THE HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge